```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION


MELODY L. LEE, as Personal
Representative of the ESTATE OF
JOHN ANDREW MORTON, decreased                    PLAINTIFF


     v.              Case No. 08-2115


BOBBY A. OVERBEY and BRENT
HIGGINS TRUCKING, INC.                          DEFENDANTS
```

**O R D E R**

Currently before the Court is Plaintiff's Motion for Leave of Court to File Opposition (Doc. 43) to Defendants' Motion for Determination of Controlling Law (Doc. 29) under seal. Lee advises that Defendants do not oppose the Motion. It appearing to the Court that Plaintiff's Opposition will contain information that should not be part of the public record, Plaintiff shall be permitted to conventionally file the pleading, and the United States District Court Clerk is hereby directed to file the Opposition and Brief under seal. Plaintiff's Motion (Doc. 43) is **GRANTED**.

IS SO ORDERED this 1st day of June, 2009.

```
                         /s/ Robert T. Dawson
                         HONORABLE ROBERT T. DAWSON
                         UNITED STATES DISTRICT JUDGE
```

**AO72A**
**(Rev. 8/82)**