```
IN THE UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF ARKANSAS
         FORT SMITH DIVISION
```

MELODY L. LEE, as personal
representative of the ESTATE OF
JOHN ANDREW MORTON, deceased                    PLAINTIFF

    V.        CASE No. 08-2115

BOBBY A. OVERBEY, an individual
and BRENT HIGGINS TRUCKING, INC.,
a corporation                                   DEFENDANTS

### ORDER

Now before the Court are Defendants' Motion for Reconsideration of Court's Order Denying Defendants' First Amended Motion for Separate Trials and supporting brief (docs. 212-13). The Court fully considered the issues raised by Defendants in their motion requesting bifurcation prior to issuing its order denying the motion. The Court has again considered Defendants' arguments and finds the Motion to Reconsider (doc. 212) should be and hereby is DENIED.

IT IS SO ORDERED this 14th day of January 2010.

                                                    /s/ Robert T. Dawson
                                                  Honorable Robert T. Dawson
                                                  United States District Judge