IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MELODY L. LEE, as personal
representative of the ESTATE OF
JOHN ANDREW MORTON, deceased                           PLAINTIFF

V.                      CIVIL NO. 08-2115

BOBBY A. OVERBEY, an individual
and BRENT HIGGINS TRUCKING, INC.,
a corporation                                         DEFENDANTS

## **O R D E R**

NOW on this 25th day of January, 2010, comes on for consideration the above-styled cause.

IT APPEARING to the court that the matter has been settled, counsel for Plaintiff having so advised the court, it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**